*Order Published October 31, 1989:*

PEOPLE V McCOY, No. 86773. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its deci-

sion in this case conflicts with its decision in *Wayne Co Prosecutor v Recorder's Court Judge,* 164 Mich App 740 (1987), is considered and, in the absence of an application for leave to appeal, the Supreme Court declines to order further consideration of the question presented. Court of Appeals No. 110764.